UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

ADAMA BAH,

                              Plaintiff,

              -against-

CITY OF NEW YORK; JOHN and JANE DOE 1-10,

                            Defendants.

-------------------------------------------------------------------X

20-CV-0263 (AT) (KHP)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/16/20

**KATHARINE H. PARKER, United States Magistrate Judge:**

In light of the national emergency, the conference in this matter scheduled for March 23, 2020 is hereby converted to a telephone conference. The parties are directed to call into the Court conference line at **(866) 434-5269, Code: 4858267**.

       **SO ORDERED.**

DATED:      New York, New York
                  March 16, 2020

_____
KATHARINE H. PARKER
United States Magistrate Judge