**ELEFTERAKIS ELEFTERAKIS & PANEK**

80 Pine Street, 38th Floor
New York, New York 10005
T. 212.532.1116 F. 212.532.1176

New Jersey Office
576 Main Street, Suite C
Chatham, New Jersey 07928

JOHN ELEFTERAKIS*
NICHOLAS ELEFTERAKIS
RAYMOND PANEK

OLIVER R. TOBIAS
JEFFREY B. BROMFELD
FAIZAN GHAZNAVI
GABRIEL P. HARVIS
BAREE N. FETT
STEPHEN KAHN
EVAN M. LA PENNA

KRISTEN PERRY – CONIGLIARO
AIKA DANAYEVA
ARIANA ELEFTERAKIS
MICHAEL INDELICATO
MICHAEL MARRON
DOMINICK MINGIONE
MARK NEWMAN
AGGELIKI E. NIKOLAIDIS
JOSEPH PERRY
MARIE LOUISE PRIOLO *
KEYONTE SUTHERLAND
WAYNE WATTLEY

*Also Admitted In New Jersey



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/06/20

May 5, 2020

<u>BY ECF</u>
Honorable Katharine H. Parker
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

  Re: *Bah v. City of New York, et al.*, 20 CV 263 (AT) (KHP)

Your Honor:

  I represent plaintiff in the above-referenced matter. I write on behalf of the parties to respectfully request cancellation of the settlement conference scheduled for May 12, 2020.

  If it should please the Court, the parties have conferred regarding settlement and, based on their respective positions, are confident that settlement is impracticable at this juncture. In order to conserve resources and avoid wasting the Court's time, the parties jointly request that the Court adjourn the May 12th conference *sine die*, without prejudice to the parties requesting a settlement conference at a later point.

  Thank you for your consideration of this request.

Respectfully submitted,

Gabriel P. Harvis

> In light of the parties' representation that a settlement conference would be futile, the conference scheduled for May 12, 2020 is adjourned *sine die*. The parties are directed to submit a letter concerning any proposed dispositive motions and any remaining issues by **May 22, 2020**.

cc: Defense Counsel

SO ORDERED:

05/06/20

HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE