USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/08/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ADAMA BAH,

                         Plaintiff,                      20-CV-0263 (AT) (KHP)

      -against-                         **ORDER RESCHEDULING**
                                                        **SETTLEMENT CONFERENCE**

CITY OF NEW YORK; JOHN and JANE DOE 1-10,

                         Defendants.

-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

      The settlement conference in this matter currently scheduled for Thursday, March 25, 2021 at 10:00 a.m. is hereby rescheduled to **Monday, April 19, 2021 at 10:00 a.m.**  Counsel is directed to call Judge Parker's teleconference line at the scheduled time.  **Please dial (866) 434-5269, Access code: 4858267.**  The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with Judge Parker's Individual Rules of Practice.  Pre-conference submissions must be received by the Court no later than **April 12, 2021 by 5:00 p.m.**

      SO ORDERED.

DATED:     New York, New York
                March 8, 2021

                                                  _____
                                                  KATHARINE H. PARKER
                                                  United States Magistrate Judge