USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/09/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

ADAMA BAH,

                                                        Plaintiff,

                  -against-

CITY OF NEW YORK; JOHN and JANE DOE 1-10,

                                           Defendants.

-------------------------------------------------------------------X

**20-CV-0263 (AT) (KHP)**

**ORDER CONVERTING
SCHEDULING SETTLEMENT
CONFERENCE TO VIDEO**

**KATHARINE H. PARKER, United States Magistrate Judge:**

       The settlement conference in this matter scheduled for **Monday, April 19, 2021 at 10:00 a.m.** will now utilize Microsoft Teams. Counsel for the parties will be sent an invitation by Judge Parker's chambers prior to the scheduled conference date. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Updated pre-conference submissions must be received by the Court no later than **April 12, 2021 by 5:00 p.m.**

       SO ORDERED.

DATED:       New York, New York
                   March 9, 2021

_____
KATHARINE H. PARKER
United States Magistrate Judge