USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/10/2021_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADAMA BAH,

    Plaintiff,

-against-

CITY OF NEW YORK; JOHN and JANE DOE 1-10,

    Defendants.

20 Civ. 263 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed the parties' letters at ECF Nos. 40–41. Accordingly:

1. Defendants' request to file a motion to dismiss is GRANTED;
2. By **June 1, 2021**, Defendants shall file their motion to dismiss;
3. By **July 15, 2021**, Plaintiff shall file her opposition papers; and
4. By **July 30, 2021**, Defendants shall file their reply, if any.

SO ORDERED.

Dated: May 10, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge