```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/1/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

ADAMA BAH,

                                 Plaintiff,

      -against-

CITY OF NEW YORK; JOHN and JANE DOE 1-10,

                               Defendants.

----------------------------------------------------------------X

20-CV-0263 (AT) (KHP)

**SCHEDULING A CASE MANAGEMENT CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

      Given that the Honorable Analisa Torres denied Defendant's motion to dismiss as to Plaintiff's claims under the New York Free Exercise Clause, the Court schedules a case management conference on Tuesday, July 14, 2022 at 2:00 p.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.

      **SO ORDERED.**

DATED:     New York, New York
              April 1, 2022

                                                KATHARINE H. PARKER
                                                United States Magistrate Judge