**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ADAMA BAH,

                          Plaintiff,

    -against-                                            **20-CV-0263 (AT) (KHP)**

CITY OF NEW YORK, et. al.                                **ORDER**

                        Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

As discussed at the November 3, 2022, Case Management Conference:

The deadline to complete discovery is extended to **Friday, January 13, 2023**. A Case Management Conference is scheduled on **Tuesday, January 17, 2023 at 11:30 a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York NY.

SO ORDERED.

DATED:    New York, New York
               November 4, 2022

                                                    _Katharine H. Parker_
                                                    KATHARINE H. PARKER
                                                    United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/04/2022