UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADAMA BAH,

                Plaintiff,

-against-

CITY OF NEW YORK; Police Officer NEVA BECERRIL; Sergeant MARILYN AGUIRRE; Lieutenant CHARMAINE PILGRIM; JOHN and JANE DOE 4-10,

                Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/2/2023
```

20 Civ. 263 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' proposed stipulation. ECF No. 69. Paragraph 17 of the proposed stipulation states that "[t]he terms of this [s]tipulation and [o]rder shall be binding upon all current and *future* parties to this [a]ction and their attorney(s)." *Id.* (emphasis added). The parties are directed to revise the stipulation so that it does not contain language binding third parties who are not part of this litigation. Accordingly, by **March 6, 2023**, the parties shall submit a revised proposed stipulation.

    SO ORDERED.

Dated: March 2, 2023
       New York, New York

                                            ANALISA TORRES
                                       United States District Judge