USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/28/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ADAMA BAH,

                                    Plaintiff,

        -against-                                      **20-CV-0263 (AT) (KHP)**

CITY OF NEW YORK, et. al.                              **ORDER**

                                  Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

As discussed at the March 28, 2023 Case Management Conference:

The deadline for Plaintiff to produce an expert report is **May 17, 2023**. In the event Plaintiff produces an expert report, the deadline for Defendants to produce a rebuttal report is **June 16, 2023**, and the deadline for expert depositions is **June 30, 2023**.

On **May 19, 2023**, the parties shall file a joint status letter that informs the Court whether Plaintiff has decided to conduct expert discovery. In the event Plaintiff elects not to conduct expert discovery, the letter shall propose a summary judgment briefing schedule <u>or</u> state that the parties plan to move forward with a trial. Additionally, the letter should state whether the parties would like the Court to schedule a settlement conference.

The parties are reminded of their option to consent to conduct all proceedings, including a trial, before the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(c). If all parties consent, they shall complete the Consent to Proceed Before a U.S. Magistrate Judge form available on the Court's website at https://www.nysd.uscourts.gov/forms/consent-proceed-us-magistrate-judge and file such form with the Court. This Order is not meant to interfere in any way with the parties' absolute right to have dispositive motions and/or a trial

before a United States District Judge but is merely an attempt at preserving scarce judicial resources and reminding the parties of their option pursuant to 28 U.S.C. § 636(c).

**SO ORDERED.**

DATED:   New York, New York
         March 28, 2023

_____
KATHARINE H. PARKER
United States Magistrate Judge

2