

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/29/2023

March 28, 2023

BY ECF
Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Bah v. City of New York, et al.*, 20 CV 263 (AT) (KHP) [rel. 18 CV 2334 (AT)]

Your Honor:

I represent plaintiff in the above-referenced matter. I write jointly with defendants to respectfully request adjournment of the conference scheduled for April 5, 2023.

By order dated December 13, 2022, the Court scheduled a Case Management Conference for April 5th at 10:40 a.m. DE #64.

If it should please the Court, the parties attended a conference this morning before the presiding Honorable Magistrate Judge and a scheduling order was entered to govern the exchange of expert discovery. *See* DE #74. Given this development, the parties have conferred and respectfully request adjournment of the April 5th conference before Your Honor to a date and time convenient to the Court after the close of expert discovery. Additionally, plaintiff's counsel are scheduled to appear at a settlement conference in a wrongful conviction action pending in the Eastern District of New York on April 5th at 10:00 a.m.

Accordingly, the parties respectfully request that the April 5th conference be adjourned to a date and time convenient to the Court.

Thank you for your consideration of this request.

> GRANTED. The case management conference scheduled for April 5, 2023, is ADJOURNED to **June 13, 2023**, at **3:40 p.m.** The parties are reminded that they must file a joint status report not later than one week in advance of the case management conference. ECF No. 62. And, pre-motion letters for any motions for summary judgment must be submitted by **May 19, 2023**. *Id.*; *see also* ECF Nos. 62, 64, 74.
>
> SO ORDERED.
>
> Dated: March 29, 2023
> New York, New York
>
> ANALISA TORRES
> United States District Judge