

| | | |
|---|---|---|
| **MURIEL GOODE-TRUFANT**<br>*Acting Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, N.Y. 10007 | **ZACHARY KALMBACH**<br>*Senior Counsel*<br>phone: (212) 356-2322<br>fax: (212) 356-3509<br>zkalmbac@law.nyc.gov |

August 14, 2024

<u>VIA ECF</u>
Honorable Katherine H. Parker
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/15/2024
```

**MEMO ENDORSED**

     Re:    <u>Bah v. City of New York</u>,
              20 Civ. 263 (AT) (KHP)

Your Honor:

       I represent defendant the City of New York in the above-referenced matter. The City writes to respectfully request that the Court reschedule the settlement conference currently scheduled for October 1, 2024, at 10:00 a.m. (ECF No. 105). This is the City's first such request, though the settlement conference has previously been adjourned upon plaintiff's request. Plaintiff consents to this request.

       By way of background, on July 28, 2024, the Court scheduled a settlement conference for August 16, 2024, at 10:00 a.m. (ECF No. 99). On July 31, 2024, and upon plaintiff's request, the Court adjourned the settlement conference to October 1, 2024, at 10:00 a.m. (after previously adjourning the conference to September 16, 2024) (ECF No. 105).

       Unfortunately, I am unable to attend the settlement conference as currently scheduled due to a conflicting conference in another matter. Specifically, I was just assigned as trial counsel in the matter <u>Geraldine Perkins v. City of New York, et al.</u>, 18 Civ. 6397 (AKH), in which the final pretrial conference is currently scheduled for October 1, 2024, at 10:30 a.m. (<u>See</u> <u>id.</u> at ECF No. 67). The <u>Perkins</u> conference was scheduled on June 3, 2024, and the Order scheduling the conference states, "[t]here will be no adjournments." (<u>Id.</u>).

       Accordingly, the City respectfully requests that the Court reschedule the settlement conference currently scheduled for October 1, 2024, at 10:00 a.m., to a different date convenient for the Court. For Your Honor's convenience, the parties are available September 13 and October 28 and 29, 2024.

Thank you for your time and consideration.

Respectfully submitted,

/s/ *Zachary Kalmbach*
Zachary Kalmbach
*Senior Counsel*

cc: **Via ECF**
All counsel of record

**APPLICATION GRANTED:** The settlement conference in this matter scheduled for Tuesday, October 1, 2024 at 10:00 a.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is hereby rescheduled to <u>Wednesday, November 13, 2024 at 2:00 p.m.</u> Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than <u>November 6, 2024 by 5:00 p.m.</u>

APPLICATION GRANTED

*[signature]*

Hon. Katharine H. Parker, U.S.M.J.

08/15/2024