```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/26/2024
```



**MURIEL GOODE-TRUFANT**
*Acting Corporation Counsel*

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007

**ZACHARY KALMBACH**
*Senior Counsel*
phone: (212) 356-2322
fax: (212) 356-3509
zkalmbac@law.nyc.gov

September 25, 2024

**VIA ECF**
Honorable Analisa Torres
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:   <u>Bah v. City of New York</u>,
             20 Civ. 263 (AT) (KHP)

Your Honor:

       I represent defendant the City of New York in the above-referenced matter. The City writes to respectfully request an adjournment of the existing deadline for the parties to file a status report, from October 1, 2024, to November 15, 2024. This is the City's first such request, though the deadline has been previously extended once upon plaintiff's request. Plaintiff consents to this request.

       By way of background, on July 25, 2024, the Court granted defendants' Pilgrim and Aguirre's motion for summary judgment and directed the parties to participate in a settlement conference and file a status report by September 1, 2024 (ECF No. 98). On July 28, 2024, the Hon. Katherine H. Parker scheduled a settlement conference for August 16, 2024 (ECF No. 99). On July 30, 2024, plaintiff requested an adjournment of the settlement conference and an extension of the deadline to file a status report (ECF Nos. 100, 101). On July 30, 2024, the settlement conference was adjourned to September 16, 2024 (ECF No. 105), and subsequently adjourned again—upon plaintiff's request—to October 1, 2024 (ECF No. 103, 105). On July 31, 2024, the Court granted plaintiff's request for an extension of the deadline to file a status report to October 1, 2024 (ECF No. 104). On August 14, 2024, the City requested an adjournment of the settlement conference (ECF No. 106). On August 15, 2024, the Court adjourned the settlement conference to November 13, 2024 (ECF No. 108).

       In light of the adjournment of the settlement conference to November 13, 2024, the City respectfully requests an extension of the deadline to submit a status report, from October 1, 2024, to November 15, 2024. The requested extension will permit the parties to attend the settlement conference prior to submitting a status report and update the Court accordingly.

2

Thank you for your time and consideration.

Respectfully submitted,

/s/ *Zachary Kalmbach*
Zachary Kalmbach
*Senior Counsel*

GRANTED.

SO ORDERED.

Dated: September 26, 2024
New York, New York

ANALISA TORRES
United States District Judge

2