```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/14/2024_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADAMA BAH,

                Plaintiff,

-against-

CITY OF NEW YORK,

                Defendant.

20 Civ. 263 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has been informed that the parties have failed to negotiate a settlement. Accordingly, trial will begin on **December 10, 2024**. By **November 18, 2024**, the parties shall submit a joint letter describing what issues will be tried and proposing a motions schedule.

    SO ORDERED.

Dated: November 14, 2024
       New York, New York

                                            ANALISA TORRES
                                      United States District Judge